UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

CHARLES EDWARD DEWALT,

        Petitioner,

v.

SHERMAN CAMPBELL,

        Respondent.
_____/

Case No. 1:20-cv-14

Honorable Paul L. Maloney

## JUDGMENT

In accordance with the order entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for failure to cure a deficiency.

Dated: April 15, 2020

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge